IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER FRED, | : | |
| | : | |
|       Plaintiff | : | 3:12-CV-2480 |
| v. | : | (JUDGE MARIANI) |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, | : | |
| | : | |
|       Defendant | : | |

## ORDER

AND NOW, THIS 22nd DAY OF JUNE, 2015, upon consideration of the Defendant's Motion for Summary Judgment, **IT IS HEREBY ORDERED THAT**:

1. The Motion for Summary Judgment (Doc. 22) is **GRANTED**.

2. Judgment is **HEREBY ENTERED** in favor of the Defendant, Commonwealth of Pennsylvania, Department of Transportation, and against Plaintiff, Peter Fred.

3. The Clerk of Court is **DIRECTED** to close the case.

Robert D. Mariani
United States District Judge